379 A.2d 620

Commonwealth ex rel. Corbin v. Corbin, Appellant.

Argued March 15, 1977. Jeffrey L. Gilbert, with him Alan N. Linder, for appellant; Joseph W. Moyer, and Stetler & Gribbin, submitted a brief for appellee.

OPINION PER CURIAM: Order affirmed.

SPAETH, J., dissents on the basis of his opinions in *Gunter v. Gunter,* 240 Pa.Superior Ct. 382, 361 A.2d 307 (1976); and *Commonwealth ex rel. Grillo v. Shuster,* 226 Pa.Superior Ct. 229, 312 A.2d 58 (1973).